UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:22-CR-00340 |
| v. | ) |
| | ) CHIEF JUDGE CRENSHAW |
| MAHAN JANBAKHSH | ) |
| a/k/a MARK JANBAKHSH | ) |
| STEVEN L. PIPER | ) |

## JOINT STATUS REPORT

Comes now the United States, by and through its undersigned attorneys, and Defendant Mahan Janbakhsh a/k/a Mark Janbakhsh, by and through Ty Howard, and Steven L. Piper, by and through Paul Bruno, and submits this joint status report, pursuant to the Court's Scheduling Order dated March 7, 2023. (*Docket Entry* 53.)

The parties have been working together to address defendants' questions regarding discovery, and will continue to confer amongst themselves about any discovery issues as they arise. To best of its knowledge, the Government has produced all discovery that is in its possession. To the extent the Government obtains any new discovery material, the Government will produce that discovery when it becomes available. The parties will file a motion if any matter arises that requires the court's attention. The trial remains on track for June 18, 2024.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

*s/ Ty E. Howard*　　　　　　　　　　　　　*BY:　s/ Kathryn W. Booth*
Ty E. Howard (No. 26132)　　　　　　　　KATHRYN W. BOOTH
Scarlett Nokes (No. 28994)　　　　　　　　CHRIS SUEDEKUM
Ocasha Musah (No. 39224)　　　　　　　　Assistant U. S. Attorneys
Bradley Arant Boult Cummings LLP　　　United States Attorney's Office
1600 Division Street, Suite 700　　　　　719 Church Street, Suite 3300
Nashville, Tennessee 37203　　　　　　　Nashville, TN 37203
(615) 244-2582　　　　　　　　　　　　　Booth, Kathryn (USATNM)
thoward@bradley.com　　　　　　　　　(615) 736-5151
snokes@bradley.com　　　　　　　　　　Kathryn.Booth@usdoj.gov
omusah@bradley.com
*Attorneys for Mark Janbakhsh*

*s/　Paul J. Bruno*
Paul J. Bruno (No. 17275)
Barrett, Johnston, Martin & Garrison, LLC
414 Union Street, Suite 900
Nashville, Tennessee 37219
(615) 244-2202
pbruno@barrettjohnston.com
*Attorney for Steven Piper*

2

CERTIFICATE OF THE SERVICE

I certify that a copy of the foregoing Notice of Proposed Scheduling Order was served electronically, via ECF, this 7th day of November, 2023, upon all counsel of record in the case.

*s/ Kathryn W. Booth*
KATHRYN W. BOOTH
Assistant U.S. Attorney
