IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00340 |
| MAHAN JANBAKHSH ) | |
| a/k/a MARK JANBAKHSH, ) | Judge Crenshaw |
| ) | |
| STEVEN PIPER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## WAIVER OF SPEEDY TRIAL

I, Mark Janbakhsh, hereby state to the Court that I have been advised by my counsel, J. Alex Little and Zachary C. Lawson, of my rights under the Speedy Trial Act, 18 U.S.C. 3161 *et seq.*, and the Plan for Prompt Disposition of Criminal Cases as adopted by this Court. I have also been advised that my case is presently set for trial on June 18, 2024 and that I have a qualified right to be tried on that date, if I so choose, and if for good cause I cannot be tried on that date, I have the right to be tried as soon thereafter as possible.

I understand that my attorney is filing a Motion to Continue this trial date by no less than ninety (90) days and all related deadlines, so that they may provide more effective representation, and as they believe the "ends of justice" would be furthered by such a continuance. They specifically believe they need more time to provide me effective assistance of counsel, both in regards to trial preparation and in regards to motions practice.

THUS, I hereby CONSENT to having my trial continued to a later date, and in so doing I WAIVE any rights I may have under the Speedy Trial Act, and the Plan for Prompt Disposition of

Criminal Cases. I specifically, knowingly and voluntarily consent to a continuance of up to 180 days, to date convenient to the court and the United States, and I fully understand that those days will be "tolled" and will not be considered in relation to the "70-day speedy trial clock" that is established under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* I also understand that I am waiving any complaint, based on this period of delay, under the Sixth Amendment and its guarantee of a Speedy Trial.

      Submitted this 16th day of April, 2024.

_____
MARK JANBAKHSH