IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:22-CR-00340 |
| ) | |
| MAHAN JANBAKHSH ) | Judge Crenshaw |
| a/k/a MARK JANBAKHSH, ) | |
| ) | |
| STEVEN PIPER, ) | |
| ) | |
| Defendants. ) | |

## NOTICE REGARDING GOVERNMENT'S MOTION FOR JUDICIAL INQUIRY

Comes now defendant Mark Janbakhsh, by and through undersigned counsel, and respectfully provides the Court with the following notice:

1. On April 19, 2024, the government filed a motion seeking a judicial inquiry into potential conflicts of interest. (Doc. 96.) The alleged conflicts stemmed from the representation of Capital One by other lawyers at Burr & Forman LLP.

2. Undersigned counsel expects to file a pleading with the Court within the next two weeks that they believe will moot the conflict concern.

3. Accordingly, Mr. Janbakhsh respectfully requests that the Court hold in abeyance any scheduling of a hearing, or decision, on this issue for a period of no less than two weeks.

4. In addition, during this time, undersigned counsel will coordinate with counsel for the government to make efforts to strike the motion by agreement.

May 6, 2024.                          Respectfully submitted,

*/s/ Alex Little*
J. Alex Little (TN BPR #29858)
Zachary C. Lawson (TN BPR #36092)
Burr & Forman LLP
222 Second Avenue South, Suite 2000,
Nashville, TN 37201
Telephone: 615-724-3200
Facsimile: 615-724-3290
alex.little@burr.com
zlawson@burr.com
*Attorney for Mark Janbakhsh*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May 2024, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

*/s/ J. Alex Little*