# EXHIBIT 1

CONFIDENTIAL

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Berkeley Research Group, LLC
1800 M Street NW, Second Floor, Washington, DC 20036

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | United States Courthouse<br>801 Broadway<br>Courtroom No. 821/Grand Jury<br>Nashville, TN 37203 | Date and Time:<br><br>08/23/2021 at 9:00 am |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
See Attachment

In lieu of personal appearance, records can be sent to Special Agent Joy Wright, FBI, 2868 Elm Hill Pike, Nashville, TN 37214 or jcwright2@fbi.gov. Any questions regarding compliance with this subpoena should be directed to Special Agent Joy Wright.

Date: JUL 2 6 2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Kathryn Booth, Assistant United States Attorney
110 Ninth Avenue South, A-961 Nashville, TN 37203
615-736-5151

Grand Jury Subpoena No. 19152
Panel 2

BRG-0012839

CONFIDENTIAL

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____
was received by me on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

BRG-0012840

CONFIDENTIAL

Recovery analysis
- relief after receiver ~$50 w/o SS
- Receiver presence
  ~$1.0

I Fight Cash Collateral
- Fraud concern
- BRC error
- Fired 3 - lawyer/
  consultants in
  60 days

call → FBI

II Adequate Protection
  insufficient
  - equity
  - Collateral (over-
    valued) SSGH
  - Need more $
  - booking
    deficiency
  - CoC

III Personal Guarantees
  - When is it in
    play?

CF - $0

Reg $7.50,
Exp $7,500

Recap $100,000

DIP Motion $105M
- floorplan

⇒ Need Milestones
  to mitigate losses

⇒ Need CRO

⇒ Sale process

⇒ Master trigger Guarantees

Chad Husain
212.782.1423

$20M Liquidation

Stuart Hirshfield
(954) 290-698-5834

- Long term Renewal
  Guaranteed
  - Default
  - Banker
  - Receiver

BRG-0012861