REV 09/18

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-CR-340

**UNITED STATES OF AMERICA**

V.

**STEVEN PIPER**

(list each defendant appearing at hearing)

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: 6/6/2025

Location: ☑ Nashville   ☐ Columbia   ☐ Cookeville

Court Reporter: LISE MATTHEWS

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): KATHRYN BOOTH, CHRISTOPHER SUEDEKUM,

Defense Attorney(s): PAUL BRUNO, JODIE BELL

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
    (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Defendant entered a plea of guilty to Count One through Twelve, Fifteen and Nineteen through Twenty-One of the Indictment.
- Statement of Facts were admitted into the record.
- Sentencing set for December 12, 2025, at 9:00 a.m.
- Parties requested plea documents and transcript to be sealed. Motion granted to seal.
- Order to enter.

Total Time in Court: 28 minutes

Clerk of Court
by: Melissa Seay