# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

MAHAN JANBAKHSH

## EXHIBIT AND WITNESS LIST

Case Number: 3:22-CR-340

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Waverly Crenshaw | Kathryn Booth, Chris Suedekum | John Glover, Zachary Lawson |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/11/2025 | LISE MATTHEWS | MELISSA SEAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | x | 7/11/2025 | | | WIT: Chad Martin |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.