# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-CR-340

UNITED STATES OF AMERICA

V.

Judge: WAVERLY D. CRENSHAW, JR.

Hearing Date: 8/12/2025

MAHAN JANBAKHSH

Location: ☑ Nashville  ○ Columbia  ○ Cookeville

Court Reporter: LISE MATTHEWS

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): KATHRYN BOOTH, CHRISTOPHER SUEDEKUM

Defense Attorney(s): ALEX LITTLE, JOHN ROSS GLOVER

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Day 11 of jury trial held on August 12, 2025.
- Witnesses and exhibits presented.
- Trial to resume on August 13, 2025.

Total Time in Court: 7 HOURS 16 MINUTES

Clerk of Court
by: Melissa Seay