REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-CR-340

**UNITED STATES OF AMERICA**

V.

Judge: WAVERLY D. CRENSHAW, JR.

Hearing Date: 8/13/2025

Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville

**MAHAN JANBAKHSH**

Court Reporter: LISE MATTHEWS

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): KATHRYN BOOTH, CHRISTOPHER SUEDEKUM

Defense Attorney(s): ALEX LITTLE, JOHN ROSS GLOVER

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Day 12 of jury trial held on August 13, 2025.
- Defendant rest. Closing arguments heard and jury given instructions. Jury began deliberation.
- Jury deliberations to resume on August 14, 2025.

Total Time in Court: 6 hours and 29 minutes

Clerk of Court
by: Melissa Seay