REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-CR-340

**UNITED STATES OF AMERICA**
V.

Judge: WAVERLY D. CRENSHAW, JR.

Hearing Date: 8/14/2025

Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville

**MAHAN JANBAKHSH**

Court Reporter: LISE MATTHEWS

Court Interpreter:

(list each defendant appearing at hearing)

## CRIMINAL MINUTES

Government Attorney(s): KATHRYN BOOTH, CHRISTOPHER SUEDEKUM

Defense Attorney(s): ALEX LITTLE, JOHN ROSS GLOVER

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial*
3. Sentencing Hearing Contested*
4. Supervised Release Hearing-Contested*
5. Probation Revocation Hearing-Contested*
6. Other Evidentiary Hearing*
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment
8. Plea Hearing
9. Sentencing Hearing
10. Status conference
11. Pretrial Conference
12. Supervised Release Revocation Hearing
13. Probation Revocation Hearing
14. Motion Hearing
15. Other Proceeding
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Day 13 of jury trial held on August 14, 2025.
- Jury continued deliberation. Verdict reached - Guilty on Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 13, 14, 16, 17 and Not Guilty on Count 18.
- A Presentence Report will be requested and sentencing is tentatively set for December 12, 2025.
- Verdict form to be filed.

Total Time in Court: 4 hours and 44 minutes

Clerk of Court
by: Melissa Seay