IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:22-CR-00340 |
| v. | ) |
| | ) JUDGE CRENSHAW |
| MAHAN JANBAKHSH, et. al. | ) |

## MOTION TO WITHDRAW

COMES NOW the United States of America, by and through Robert E. McGuire, Acting United States Attorney, and the undersigned Assistant United States Attorney, Kathryn W. Booth, and moves the Court to withdraw as attorney of record in this case because she is leaving the Department of Justice. Assistant United States Attorney Chris Suedekum will remain as counsel of record in this case.

WHEREFORE, the United States respectfully requests that Kathryn W. Booth be terminated as counsel of record in the case.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney for
the Middle District of Tennessee

BY:   s/ Kathryn W. Booth
KATHRYN W. BOOTH
Assistant U. S. Attorney
United States Attorney's Office
719 Church Street, Suite 3300
Nashville, TN 37203
Kathryn.Booth@usdoj.gov