# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **No.  3:22-cr-00340-2** |
| | **)** | **Judge Crenshaw** |
| **STEVEN PIPER** | **)** | |

### STEVE PIPER'S ADDITIONAL CHARACTER LETTERS

Attached for the Court' s consideration is an attachment containing the following letters submitted on behalf of Mr. Piper:

Letter of Ryan Piper

Letter of Norman Piper

Letter of David Brian Russell

Respectfully submitted,


_____s/ **Jodie A. Bell**_____
JODIE A. BELL, No. 18336
501 Union Street, Suite 525
Nashville, Tennessee 37219
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing PLEADING was filed electronically on the parties.

This the 15th day of January 2026.

 s/ Jodie A. Bell

JODIE A. BELL