

**U.S. Department of Justice**

United States Marshals Service

*Attn: Katrina Burch, Inv. Analyst*
*719 Church Street, Suite 2500*
*Nashville, TN  37203*

March 17, 2026

Steven Piper
USMS #: 28811-510
Case No. 3:2022-CR-00340

RE: NOTICE OF DESIGNATION TO SERVE SENTENCE

Mr. Piper,

This letter is to advise you that the Bureau of Prisons has designated you **FCI ASHLAND SATELLITE CAMP, STATE ROUTE 716, ASHLAND, KY 41105** to serve the sentence ordered by the United States District Court, Middle District of Tennessee.

You are ordered to report to **FCI ASHLAND SATELLITE CAMP**, no later than **2:00 PM, Tuesday, May 26, 2026**. You may find information regarding your designated facility at **www.bop.gov/locations.**

If you are unable to surrender to the designated facility listed above, you are to surrender to your local U.S. Marshals office by NOON local time. Please be advised that failure to report for the service of your sentence as ordered by the court could result in an additional charge.

Please feel free to call our office should you need any further assistance. Our office number is (615) 750-1434.

Denny W. King
U. S. Marshal

Katrina Burch
Investigative Analyst