

J. Alex Little
615.985.8189
alex@litson.co

April 10, 2026

Mark Janbakhsh
mark@aufps.com

**Re: End of Representation**

Dear Mr. Janbakhsh,

Thank you for entrusting Litson PLLC to handle your case. This letter will conclude our attorney-client relationship in this matter. As you know, we have moved to withdraw in your appeal because we have not been retained to represent you in that case. Any further representation will require an additional engagement letter.

We appreciate the trust you placed in us to represent you, and although we wish we had secured an acquittal, we are very glad that the time you'll spend away from your family will be limited. As you know, you have a wonderful family, and we wish them well.

Sincerely,

J. Alex Little

Litson PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
www.litson.co