Case No. 26-5130

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

MAHAN MARK JANBAKHSH

     Defendant - Appellant


Appellant/Petitioner having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant/petitioner has failed to satisfy the following obligation(s):

The proper fee was not paid by June 15, 2026.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                        **ENTERED PURSUANT TO RULE 45(a),**
                        **RULES OF THE SIXTH CIRCUIT**
                        Kelly L. Stephens, Clerk

Issued:  June 23, 2026

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 23, 2026

Mr. Mahan Mark Janbakhsh
F.C.I. Cumberland
P.O. Box 1000
Cumberland, MD 21501

Mr. John Christopher Suedekum
Office of the U.S. Attorney
719 Church Street
Suite 3300
Nashville, TN 37203

     Re:   Case No. 26-5130
         *USA v. Mahan Janbakhsh*
         Originating Case No. 3:22-cr-00340-1

Dear Mr. Janbakhsh and Counsel:

    The Court issued the enclosed (Order/Opinion) today in this case.

                Sincerely yours,

                s/Patricia Elder

                Senior Case Administrator
                Direct Dial No. 513-564-7034

cc: Ms. Lynda M. Hill

Enclosure

No mandate to issue